UNITED STATES of America,
Plaintiff–Appellee,

v.

Cole MACHADO, Defendant–Appellant.

No. 14–6799.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2014.

Decided: Oct. 8, 2014.

Cole Machado, Appellant Pro Se. Elizabeth Marie Yusi, Office of the United

States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cole Machado appeals the district court's order denying relief on his 18 U.S.C. § 3742 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Machado,* No. 2:11–cr–00096–RBS–TEM–1 (E.D.Va. May 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*